# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) Docket no. 2:12-cv-151-NT |
| v. | ) |
| SUSAN McCARTHY, et al., | ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 2, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and I **DENY** the Motion to Amend Answer. The Clerk's Office shall **ENTER** final judgment in this case.

The Magistrate Judge has already **DENIED** the motion to substitute and **GRANTED** the Motion to Enlarge Time to file the Applications for Attorney Fees. Recommended Decision at 8 (ECF No. 73). The Clerk's Office is directed to convene a

teleconference with counsel to discuss the anticipated timing of simultaneous attorney fee applications.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 3rd day of February, 2015.